# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gritzner, James E. | U.S. District Court SDIA | 10/11/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☑ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
123 East Walnut Street
Des Moines, IA
50309

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Woodlands HOA Board |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 10/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct. #1 | C | Dividend | L | T | | | | | |
| 2. -USB Cash Reseerves Fund | A | Dividend | J | T | | | | | |
| 3. -Columbia Acorn Tr. Fd. A | A | Dividend | | | Sold (part) | 03/15/16 | J | | |
| 4. | | | | | Sold | 11/11/16 | J | | |
| 5. -1st Eagle Global Fd | B | Dividend | K | T | Sold (part) | 03/15/16 | J | A | |
| 6. | | | | | Sold (part) | 11/01/16 | J | A | |
| 7. -FPA Crescent | A | Dividend | K | T | Buy | 03/15/16 | K | | |
| 8. | | | | | Sold (part) | 11/01/16 | J | A | |
| 9. -Ivy Asset Strategy | | Dividend | | | Sold | 03/15/16 | K | | |
| 10. -Templeton Global Total Return | A | Dividend | | | Sold | 03/15/16 | J | | |
| 11. -Double Line Total Return | A | Dividend | J | T | Sold (part) | 01/25/16 | J | | |
| 12. | | | | | Sold (part) | 07/25/16 | J | | |
| 13. | | | | | Sold (part) | 10/25/16 | J | | |
| 14. | | | | | Sold (part) | 11/01/16 | J | | |
| 15. -Wells Fargo Strategic Muni Bond | A | Dividend | J | T | Buy | 11/01/16 | J | | |
| 16. IRA#1 | | | | | | | | | |
| 17. -USB Liquid Assets Fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 10/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Angel Oak Multi-strat inc. | A | Dividend | | | Sold | 03/04/16 | K | | |
| 19. -Bank of America Corp. Preferred 6.625% | A | Dividend | K | T | Buy | 03/14/16 | J | | |
| 20. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 21. -Citigroup Preferred 6.875% | A | Dividend | K | T | Buy | 03/14/16 | J | | |
| 22. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 23. -Doubleline Low Duraction Bond | A | Dividend | | | Buy | 01/19/16 | J | | |
| 24. | | | | | Sold | 06/28/16 | J | A | |
| 25. -Eagle MLP Strategy | | Dividend | | | Sold | 01/15/16 | J | | |
| 26. -FPA Crescent | C | Dividend | M | T | | | | | |
| 27. -Franklin Value Invs Tr | | | | | | | | | |
| 28. -Deutsche X-Trackers MSCI | | None | | | Sold (part) | 02/04/16 | J | | |
| 29. -FPA Crescent | | | | | | | | | |
| 30. -Guggenheim Macro Opp | A | Dividend | | | Sold | 02/09/16 | K | | |
| 31. -HSBC Frontier Mkts | B | Dividend | K | T | | | | | |
| 32. -Ishares Russell 2000 ETF | | Dividend | | | Sold | 01/13/16 | K | | |
| 33. -Janus High Yield | B | Dividend | | | Buy | 03/03/16 | K | | |
| 34. | | | | | Buy (add'l) | 03/04/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 10/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/14/16 | J | | |
| 36. | | | | | Sold (part) | 06/28/16 | K | A | |
| 37. | | | | | Sold | 10/31/16 | K | B | |
| 38.  -Matthews Asia | B | Dividend | K | T | Sold (part) | 03/14/16 | J | | |
| 39.  -MFS Intl. Value | B | Dividend | L | T | Buy (add'l) | 02/04/16 | J | | |
| 40. | | | | | Sold (part) | 03/14/16 | J | | |
| 41.  -Morgan Stanley Ser | B | Dividend | K | T | | | | | |
| 42.  -PIMCO All Assets | B | Dividend | K | T | Buy (add'l) | 10/31/16 | K | | |
| 43.  -Prudential St. Corp Bond | A | Dividend | L | T | Buy | 02/19/16 | K | | |
| 44. | | | | | Buy (add'l) | 10/31/16 | K | | |
| 45.  -Regions Fn'l Corp | A | Dividend | K | T | Buy | 03/14/16 | J | | |
| 46. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 47.  -Spider S&P Div. | A | Dividend | L | T | Buy (add'l) | 01/20/16 | L | | |
| 48. | | | | | Sold (part) | 01/21/16 | L | A | |
| 49.  -Sp;ider S&P 500 ETF | | None | | | Buy | 01/21/16 | L | | |
| 50. | | | | | Buy (add'l) | 02/11/16 | K | | |
| 51. | | | | | Sold (part) | 03/14/16 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 10/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -TCW total Return Bd. | C | Dividend | L | T | Buy (add'l) | 03/14/16 | K | | |
| 53.  -Vanguard Index SM Cap | A | Dividend | K | T | Buy | 02/08/16 | J | | |
| 54.  -Wisdomtree Tr Midcap | B | Dividend | K | T | Sold (part) | 08/03/16 | J | B | |
| 55.  IRA #2 | | | | | | | | | |
| 56.  -Accenture PLC Ireland CL A | A | Dividend | J | T | Buy | 02/16/16 | J | | |
| 57. | | | | | Buy (add'l) | 08/24/16 | J | | |
| 58.  -Advansix Inc (Cash in Lieu) | A | Dividend | | | | | | | |
| 59.  -Adobe Systems Inc. (Delaware) | A | Dividend | J | T | Buy | 02/16/16 | J | | |
| 60. | | | | | Sold (part) | 08/24/16 | J | A | |
| 61.  -Alphabet Inc CL A | | Dividend | J | T | Sold (part) | 02/16/16 | J | A | |
| 62.  -Ameriprise Financial Inc. | A | Dividend | J | T | Buy (add'l) | 02/16/16 | J | | |
| 63.  -Amerisourcebergen corp. | A | Dividend | J | T | Buy | 11/15/16 | J | | |
| 64.  -Apple Inc. | | None | | | Sold (part) | 02/16/16 | J | | |
| 65.  -Becton Dickinson & Co | A | Dividend | J | T | Buy | 02/16/16 | J | | |
| 66.  -Blackrock Inc. | | Dividend | J | T | Buy | 12/20/16 | J | | |
| 67.  -Boeing Company | | | | | Sold (part) | 08/24/16 | J | | |
| 68.  -Cognizant Tech Solutions | | None | | | Sold (part) | 08/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 10/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Colgate Palmolive Co. | A | Dividend | J | T | Buy (add'l) | 08/24/16 | J | | |
| 70. | | | | | Sold (part) | 02/16/16 | J | | |
| 71. -Comcast Corp New Clk | A | Dividend | J | T | Buy (add'l) | 08/24/16 | J | | |
| 72. | | | | | Sold (part) | 02/16/16 | J | | |
| 73. -CVS Health Corp. | A | Dividend | J | T | Buy (add'l) | 08/24/16 | J | | |
| 74. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 75. | | | | | Sold (part) | 02/16/16 | J | | |
| 76. -Danaher Corp. | A | Dividend | J | T | Buy (add'l) | 08/24/16 | J | | |
| 77. | | | | | Sold (part) | 02/16/16 | J | A | |
| 78. -Ecolab Inc. | A | Dividend | J | T | Buy (add'l) | 08/24/16 | J | | |
| 79. | | | | | Sold (part) | 02/16/16 | J | | |
| 80. -Facebook Inc. | | Dividend | J | T | Sold (part) | 02/16/16 | J | A | |
| 81. | | | | | Sold (part) | 08/24/16 | J | A | |
| 82. -Fortive (spinoff ffrom Danaher) | | | | | Sold (part) | 07/06/16 | J | A | |
| 83. -Hilton Worldwide Holdings | | None | | | Buy (add'l) | 02/16/16 | J | | |
| 84. | | | | | Sold (part) | 08/24/16 | J | | |
| 85. | | | | | Sold (part) | 12/13/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 10/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Home Depot Inc. | A | Dividend | J | T | Sold (part) | 02/16/16 | J | A | |
| 87. -Honeywell Intl. | A | Dividend | J | T | Buy (add'l) | 08/24/16 | J | | |
| 88. | | | | | Sold (part) | 02/16/16 | J | A | |
| 89. -Illinois Toolworks Inc. | | None | | | Sold (part) | 02/16/16 | J | | |
| 90. | | | | | Sold (part) | 06/13/16 | J | A | |
| 91. -Intercontinental Exchange Grp | A | Dividend | J | T | Buy (add'l) | 08/24/16 | J | | |
| 92. | | | | | Sold (part) | 02/16/16 | J | A | |
| 93. -Invesco Ltd | A | Dividend | J | T | Buy (add'l) | 02/16/16 | J | | |
| 94. | | | | | Buy (add'l) | 08/24/16 | J | | |
| 95. -Lowes Companies Inc | A | Dividend | J | T | Buy | 02/16/16 | J | | |
| 96. -McKesson Corp. | | None | | | Sold (part) | 11/15/16 | J | | |
| 97. -Metronic PLC | A | Dividend | J | T | Sold (part) | 02/16/16 | J | A | |
| 98. -Myland N V Eur De | | Dividend | J | T | Buy (add'l) | 02/16/16 | J | | |
| 99. | | | | | Buy (add'l) | 08/24/16 | J | | |
| 100. -OReilly Automotive Inc. | | None | J | T | | | | | |
| 101. -Parexel Intl. | | Dividend | J | T | Buy (add'l) | 02/16/16 | J | | |
| 102. -Red Hat Inc. | | Dividend | J | T | Buy (add'l) | 02/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 10/11/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/24/16 | J | | |
| 104. -Rockwell Automation Inc. | A | Dividend | J | T | Sold (part) | 02/16/16 | J | | |
| 105. -Rockwell Collins | A | Dividend | J | T | Buy (add'l) | 08/24/16 | J | | |
| 106. | | | | | Sold (part) | 02/16/16 | J | | |
| 107. -Starbucks Corp. | A | Dividend | J | T | Buy (add'l) | 08/24/16 | J | | |
| 108. | | | | | Sold (part) | 02/16/16 | J | A | |
| 109. -Thermo Risher Scientific | A | Dividend | J | T | Sold (part) | 02/16/16 | J | A | |
| 110. -Time Warner Inc. | A | Dividend | J | T | Buy (add'l) | 08/24/16 | J | | |
| 111. -TJX Cos. Inc. | A | Dividend | J | T | Buy (add'l) | 08/24/16 | J | | |
| 112. | | | | | Sold (part) | 02/16/16 | J | A | |
| 113. -United Technologies Corp. | A | Dividend | J | T | Sold (part) | 02/16/16 | J | | |
| 114. | | | | | Sold (part) | 08/24/16 | J | | |
| 115. -VISA Inc. CL A | A | Dividend | J | T | Buy | 09/12/16 | J | | |
| 116. -Walt Disney Co | A | Dividend | J | T | Buy | 08/24/16 | J | | |
| 117. West Des Moines State Bank | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 10/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Line 27, The broker had erroneously reported Deutsche Global Inf. as still held, when in fact it had been sold on 3/25/2015. The purchase in 2015 purchase should have been Deutsche X-Trackers MSCI, which is now reflected on this report.

Line 57, Advansix Inc (cash in lieu) was a 2016 Honeywell (line 88) spinoff.

Line 60, Alphabet Inc CL A was a name change from Google Inc. on the prior report.

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 10/11/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ James E. Gritzner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544